**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 4, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00363-CV

---

## CHRISTINE JURZYKOWSKI, Appellant

## V.

## TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND THE CITY OF WEATHERFORD, Appellees

**On Appeal from the 261st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-17-006389**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed December 21, 2018. On January 22, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.